UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CRAIG KOLLER,

        Plaintiff,

v.                                                   Case No. 23-C-883

TYCO FIRE PRODUCTS LP,
CHEMGUARD, INC.,
CHEMDESIGN, INC., and
THE 3M COMPANY,

        Defendants.

---

## ORDER

---

On July 5, 2023, Defendant Tyco Fire Products LP removed this action from Marinette County Circuit Court. Dkt. No. 1. On July 12, 2023, the parties filed a stipulation to extend the time to file an answer or otherwise respond to Plaintiff Craig Koller's complaint. Dkt. No. 2.

The court, having reviewed the filing, **APPROVES** the parties' stipulation and **ORDERS** the following: Should the Judicial Panel on Multidistrict Litigation (JPML) decline to transfer this action to the *In re Aqueous Film-Forming Foam Products* multidistrict litigation (AFFF MDL), Defendants shall have 28 days after such disposition by the JPML to answer. But, if this action is ultimately transferred to the AFFF MDL, the deadlines for all defendants to move, answer, or otherwise respond to the complaint shall be in accordance with the established rules and procedures in the AFFF MDL.

Dated at Green Bay, Wisconsin this 13th day of July, 2023.

                                                              s/ William C. Griesbach
                                                              William C. Griesbach
                                                              United States District Judge